Attorney for Debtor(s):
RANDOLPH H. GOLDBERG, ESQ.
4000 S. Eastern Ave., Ste 200
Las Vegas, NV 89119
Nevada State Bar No. 5970
(702) 735-1500

Space reserved for Bankruptcy Clerk

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA
### (SOUTHERN DIVISION OF NEVADA)

In re:

ROSS, RADFEL &
ROSS, MATTIE

        Debtor(s).

CASE NO. BK-S-05-17523-LBR
CHAPTER 13
**CHAPTER 13 PLAN - #2**
**PLAN MODIFICATION: ( ) NA (X) Before**
    **( ) After Original Confirmation**
Confirmation Hearing:
DATE: 10/13/05
TIME: 1:30 PM

1. **NOTICE TO CREDITORS:** *This Plan may ultimately provide a distribution to general unsecured creditors. Creditors should <u>TIMELY</u> file proofs of claim to participate in such distribution.*

2. **INCORPORATION OF CHAPTER 13 PLAN GUIDELINES:** This plan incorporates the Chapter 13 Plan Guidelines for Las Vegas, Nevada (hereinafter referred to as "Guidelines"). Any creditor may request a copy of the Guidelines from the Chapter 13 Trustee or the attorney for Debtor(s).

3.   **PLAN PAYMENT SCHEDULE:**                                          **Amount**

    A.   (i)   $<u>275.00</u> per month for <u>24</u> months     $<u>6600.00</u>
              (Debtor(s) shall not pay less than 36
              monthly payments unless Plan proposes
              to pay 100% to all filed and allowed claims)
              Payments to commence _____
              (Date must match Special Directive to Debtor(s)
              and Their Attorney)

        (ii) Payments shall increase as follows:
              (State reason, i.e., paid in full direct
              during course of Plan or wage increase, etc.)
              $<u>620.00</u> commencing _____     $<u>22320.00</u>
              Reason: <u>36 MONTHS</u>
              $_____ commencing _____     $_____
              Reason: _____

    B.   Non-monthly payments:
        All lump sum payments must be paid into the Plan
        at least 6 months prior to proposed Plan expiration
        (Court approval may be required).
        <u>Source</u>
        _____     $_____

        _____     $_____

C.  Total minimum plan payments*                                    $<u>28902.00</u>
    *If amount is pursuant to a settlement, see Exhibit attached.
    (must equal line 4.I.)

4. **CLASSIFICATION OF CLAIMS PAID BY TRUSTEE:**
   A. **ADMINISTRATIVE CLAIMS:**
      (1) Debtor's Attorney Compensation
          (Must comply with Guidelines):
          a. **Basic Services:**
             Attorney fees and costs  $2700.00
             Filing fee               $194.00
             TOTAL FOR ATTORNEY       $2894.00
             Less: Amount pre-paid
                 By Debtor            ($400.00      )
             Amount to be paid
                 By Trustee                                          $2494.00
          b. **Estimated additional fees & costs:**
             Attorney fees & costs    $1000.00
             Less: Amount pre-paid
                 By Debtor            ($0.00        )
             Amount to be paid
                 By Trustee per
                 Court order                                         $_____

      (2) Other professionals (see Guidelines):
          a.  Claimant:_____
              Type of service:_____

              Amount of claim:         $_____
              Less: Amount pre-paid
                  By Debtor            ($_____)
              Amount to be paid
                  By Trustee                                         $_____

      (3) Other administrative claims:                               $_____

      The aforementioned administrative claims shall be paid
      simultaneously with adequate protection payments, if any, on
      allowed secured claims as set forth at 4(B)(3) as follows:
          a.  Minimum monthly payment to
              attorney:                 $_____/mo.
          b.  Minimum monthly payment to
              other professional:       $_____/mo.

      (4) Trustee Compensation: See 4(H).


   B. **SECURED CLAIMS:**
      (1) Taxes (Federal, State, City and County)
          a)  Creditor:_____
              Period/Type:_____Claim amount  $_____
              Interest rate _____9 %    Approx. Interest $_____

2

```
                                           TOTAL CLAIM        $_____

   (2) Arrearages
       a)   Creditor: WASHINGTON MUTUAL
            Collateral: RESIDENCE         Pre-petition claim $6876.00
            Interest rate: _____%       Approx. Interest   $_____
            Direct payment $873.00 /mo.   To commence: 9/05
                                           TOTAL CLAIM        $6876.00
       b)   Creditor: GMAC
            Collateral: RESIDENCE         Pre-petition claim $3447.00
            Interest rate: _____%       Approx. Interest   $_____
            Direct payment $873.00 /mo.   To commence: 9/05
                                           TOTAL CLAIM        $3447.00

   (3) Obligations Paid in Full by Trustee (refer to
       Section 4(B)(3) of the Guidelines)

       a) Real Property
          i)  Creditor: _____
              Collateral: _____ Full claim amount  $_____
              Interest rate: _____%  Approx. Interest   $_____
              Adequate protection payment $_____/mo.
                                           TOTAL CLAIM        $_____

       b) Personal Property (vehicles, household goods,
          jewelry, etc.)
          i)  Creditor: AMERICREDIT
              Collateral: 1996 TOYOTA CAMRY Full claim amount $9758.00
              Interest rate: ____10%   Approx. Interest   $2437.00
              Limited to fair market value of collateral: YES
              Adequate protection payment $_____/mo.
                                           TOTAL CLAIM        $12195.00

   (4) Direct Payments to be made by Debtor that are not
       in arrears (including ongoing City and County taxes)
       a) Creditor: _____
          Collateral: _____
          Regular monthly payment $_____/mo.
          Commence date _____ Final payment date AFTER PLAN COMPLETE

   (5) Collateral to be Surrendered (Surrender of property is in full
satisfaction of the secured claim. Upon confirmation, the automatic stay
terminates regarding the property to be surrendered)
       a) Creditor: _____
          Collateral: _____
          Location of Collateral: _____

C. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:
       a) Creditor: _____
          Collateral: _____
          Reject: yes/no    Returned to creditor: yes/no
          Assume: yes/no    Regular monthly payment $_____/mo.
                            No. of months remaining _____

D. UNSECURED PRIORITY CLAIMS:

   (1) Taxes (Federal, State, City and County)
```

```
    a)   Creditor:_____
         Period/Type:_____Claim amount $_____

                                    TOTAL CLAIM              $_____

(2) Child Support/Alimony
    a)   Creditor:_____
                                    Pre-petition claim $_____
         Interest rate: _____%    Approx. Interest   $_____
         Direct payment $_____/mo. To commence:_____
                                    TOTAL CLAIM              $_____

(3) Other Priority
    a)   Creditor:_____
         Type of Priority:_____ Pre-petition claim $_____
         Interest rate: _____%    Approx. Interest   $_____
         Direct payment $_____/mo. To commence:_____
                                    TOTAL CLAIM              $_____
```

E. **UNSECURED NONPRIORITY CLAIMS:**

```
(1) Special Class
    a)   Creditor:_____
         Reason for special class:_____
                                    Pre-petition claim $_____
                                    Percentage to be paid _____%
                                    TOTAL CLAIM              $_____

(2) General Unsecured
    a)   Approximate total amount of all claims   $    .00
         Approximate percentage to be paid           _____ 0%
                       APPROXIMATE AMOUNT TO BE PAID           $
         Is Approximate Amount to be Paid modifiable?  Yes/no
         If no, explain:_____

(3) Late-Filed
    a)   Approximate total amount of all claims   $_____
         Approximate percentage to be paid           _____ 0%
                       APPROXIMATE AMOUNT TO BE PAID           $0.00
         Is Approximate Amount to be Paid modifiable?  Yes/no
         If no, explain:_____
```

F. **POST-PETITION CLAIMS (11 U.S.C. §1305):**
   (a) Taxes (Federal, State, City and County)
```
    a)   Creditor:_____
         Period/Type:_____  Claim amount       $_____
                                   Approx. Interest & penalties $_____
                                    TOTAL CLAIM              $_____
```
   (b) Other
```
    a)   Creditor:_____
         Type:_____         Claim amount        $_____
                                   Approx. Interest & penalties $_____
                                    TOTAL CLAIM              $_____
```

G. **TOTAL CLAIMS PAID BY TRUSTEE: (Add A-F)** $26012.00
H. **TRUSTEE COMPENSATION:**
   (1) Not to exceed 10% (divide F. by 9) $2890.00
I. **TOTAL PLAN PAYMENTS TO TRUSTEE (Add G-H, must equal 3C)** **$28902.00**

5. **ORDER OF DISTRIBUTION BY TRUSTEE:** The Trustee shall distribute to allowed claims in the following order:
   A. Section 4(A) - Administrative Claims (unless 4B(3) adequate protection payments shown)
   B. Section 4(B) - Secured Claims
   C. Section 4(F) - Post Petition Claims
   D. Section 4(D) - Unsecured Priority Claims
   E. Section 4(E) - Unsecured Nonpriority Claims

6. **LIENS TO BE AVOIDED BY MOTION:**
   a) Creditor: _____
      Collateral: _____
      Type of Lien: _____
      Value of Lien: _____

7. **LIQUIDATION VALUE:**

   Liquidation value (from worksheet in Guidelines)     $ _____

   Liquidation value to be paid to priority claims      $ _____
   Liquidation value to be paid to non-priority claims  $ _____

   Liquidation value is based on: _____

8. **SCHEDULES/STATEMENT OF FINANCIAL AFFAIRS:**
   Copies of the Debtor(s) Schedules and Statement of Financial Affairs may be obtained from the United States Bankruptcy Court Clerk's Office, 300 Las Vegas Blvd. South, Second Floor, Las Vegas, Nevada 89101. Documents may also be viewed via the Bankruptcy Court's website (www.nvb.uscourts.gov).

**9. SIGNATURE BY DEBTOR(S):**

The undersigned Debtor(s), declare under penalties of perjury, that I have read the foregoing Chapter 13 Plan, including any attached sheets, and I know and understand the contents thereof and my obligations thereunder.

/S/ *Radfel Ross*
Debtor

/S/ *Mattie Ross*
Joint Debtor (if any)


**10.    ATTORNEY SIGNATURE:/S/RANDOLPH H. GOLDBERG ESQ.**
             **ATTORNEY FOR DEBTOR(S)**                                                    **DATE**

6