1

2  LAW OFFICES OF RANDOLPH H. GOLDBERG
   RANDOLPH H. GOLDBERG, ESQ.
3  State Bar No. 5970
   4000 S. Eastern Avenue
4  Suite 200
   Las Vegas, Nevada  89119
5  (702) 735-1500
   Attorney for Debtor(s)

6

7              UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF NEVADA
8                   * * * * * *

9  In re:                    )  BANKRUPTCY NUMBER:
                             )  BK-S-05-17523-LBR
10 Ross, Radfelad            )  Chapter 13
                             )
11 Ross, Mattie              )
                             )
12        Debtor(s),         )  Date: 10/13/05
                             )  Time: 1:30 pm
13 _____

14   CERTIFICATE OF MAILING RE: PLAN # 2  and PROOF OF CLAIM

15

16      I, ADAM PARMELEE, hereby certify that a copy of plan # 2  ,

17  filed in the above-entitled case, was mailed by me on the 26

18  day of September    , 2005, by depositing a copy thereof sent,

19  first-class postage prepaid, in the United States Mail, to the

20  following attached matrix.

21

22
        DATED this 26 day of September    , 2005
23
                        Adam Parmelee
24                      ADAM PARMELEE, an employee
                        Of THE LAW OFFICES OF
25                      RANDOLPH H. GOLDBERG, Esq.

26

27

RADFEL ROSS
MATTIE ROSS
5540 LONGBOW DR
Las Vegas, NV 89142

Randolph H. Goldberg, Esq.
Law Office of Randolph H. Goldberg
4000 S. Eastern Ste 200
Las Vegas, NV 89119

ALEGRA CREDIT CO
P.O. BOX 1838
Pittsburgh, PA 15230

ALLIED COLLECTIONS
3080 S DURANGO #208
Las Vegas, NV 89117

ALLSTATE ADJUSTMENT BUREAU
1050 E. FLAMINGO RD. SUITE E-320
Las Vegas, NV 89119

AMERICREDIT
Acct No 407233477
P.O.BOX 78143
Phoenix, AZ 85062-8143

CAPITAL ONE
Acct No 438884194952
P.O. BOX 60000
Seattle, WA 98190

CAPITAL ONE
Acct No 529107194268
P.O. BOX 60000
Seattle, WA 98190

COLLECTION BUREAU CENTRAL
P.O. BOX 29299
Las Vegas, NV 89126

CREDITORS FINANCIAL
P.O. BOX 440290
Aurora, CO 80041

DILLARDS
Acct No 7575000083550881300
PO BOX 52005
Phoenix, AZ 85072

FIRST NATIONAL BANK OF MARIN
Acct No 5424-2202-2003-7338
PO BOX 80015
Los Angeles, CA 90080

FIRST NATIONAL BANK OF MARIN
Acct No 5424-2202-2901-6002
PO BOX 80015
Los Angeles, CA 90080

GE CAPITAL
Acct No 003142001
P.O. BOX 310
Barrington, IL 60011

HOUSEHOLD FINANACE CORPORATION
Acct No 001669001
P.O.BOX 4153-K
Carol Stream, IL 60197-4153

INTERNAL REVENUE SERVICE
STOP 5028
110 CITY PARKWAY
Las Vegas, NV 89106

JC PENNEY
Acct No 8233565665
P.O. BOX 530945
Atlanta, GA 30353-0945

JC PENNEY
Acct No 6732061
P.O. BOX 530945
Atlanta, GA 30353-0945

KATHLEEN MCDONALD
302 E CARSON
STE 200
Las Vegas, NV 89101

KOSTERS FINANCE
Acct No 55540300
4985 W TROPICANA SUITE102
Las Vegas, NV 89103

KROGER CHECK RECOVERY CENTER
Acct No 0007753722
PO BOX 30650
Salt Lake City, UT 84130

LANE BRYANT
Acct No 1506102735445702
PO BOX 659728
San Antonio, TX 78265

LERNERS NEW YORK
Acct No 15060102664068459
P.O. BOX 659728
San Antonio, TX 78265

LEVITZ
Acct No 558600117344
P.O. BOX 105996 DEPT 98
Atlanta, GA 30353

MACY'S
Acct No 4852656624
PO BOX 8058
Mason, OH 45040

MERCURY FINANCE
Acct No 442391
1717 W NORTHERN AVE #111
Phoenix, AZ 85021

MERVYN'S
Acct No 67984863995
RETAILER NATIONAL BANK
P.O. BOX 50316
Minneapolis, MN 55459-0316

MORGAN JEWELERS
Acct No 12614921
P.O. BOX 45820
Salt Lake City, UT 84145

NATIONAL CITY MORTGAGE
Acct No 7591005002485
P.O. BOX 54828
Los Angeles, CA 90054

NEVADA FEDERAL CREDIT UNION
Acct No 55125570121
P.O.BOX 15400
Las Vegas, NV 89114-5400

NEVADA FEDERAL CREDIT UNION
Acct No 55125570120
P.O.BOX 15400
Las Vegas, NV 89114-5400

OFFICE OF THE UNITED STATES TRUSTEE
600 LAS VEGAS BLVD SO. #435
Las Vegas, NV 89101

PROVIDIAN
Acct No 1200947737
P.O. BOX 9007
Pleasanton, CA 94566

PROVIDIAN
Acct No 1200810814
P.O. BOX 9007
Pleasanton, CA 94566

SEARS
Acct No 5018997
PAYMENT CENTER
86 ANNEX
Atlanta, GA 30386

STATE OF NV DEPT OF MOTOR VEHICLE &
PUBLIC SAFTEY, REG. DIVISION
555 WRIGHT WAY
Carson City, NV 89711

SUN LOAN
Acct No 2404
1008 E. CHARLESTON
Las Vegas, NV 89104

SUN LOAN
Acct No 40182
1008 E. CHARLESTON
Las Vegas, NV 89104

TARGET NATIONAL BANK
Acct No 923834396090
P.O.BOX 59231
Minneapolis, MN 55459-0231

TRIAD FINANCIAL
Acct No 4000011903798001
7711 CENTER AVE STE 250
Huntington Beach, CA 92647

UMC
PO BOX 98563
Las Vegas, NV 89193

WASHINGTON MUTUAL HOME LOANS
PO BOX 60800
Los Angeles, CA 90060

YOUR CREDIT
Acct No 004627001
1000 N. NELLIS BLVD STE 5
Las Vegas, NV 89110