E-filed on   January  9, 2007

Randolph H. Goldberg, Esq.
_____
Name

**5970**
_____
Bar Code #

**4000 S. Eastern Ste 200**
**Las Vegas, NV 89119**
_____
Address

**702-735-1500**
_____
Phone Number

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:   **RADFEL ROSS**
        **MATTIE ROSS**

Case #   05-17523
Chapter  7
Trustee  WEINSTEIN

_____ Debtor(s)

## AMENDMENT COVER SHEET

### Amendment(s) to the following are transmitted herewith. Check all that apply.

( )   Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)

( )   Summary of Schedules

( )   Schedule A - Real Property

( )   Schedule B - Personal Property

( )   Schedule C - Property Claimed as Exempt

( )   Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

    ( )   Add/delete creditor(s), change amount or classification of debt - **$26.00 fee required**

    ( )   Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

\* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( )   Schedule G - Schedule of Executory Contracts & Unexpired Leases

( )   Schedule H - Codebtors

( )   Schedule I - Current Income of Individual Debtor(s)

( )   Schedule J - Current Expenditures of Individual Debtor(s)

( )   Statement of Financial Affairs

(X)   CASE HAS BEEN CONVERTED AND NEW PETITION IS ATTACHED

### Declaration of Debtor

### I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

/s/ RADFEL ROSS
_____
**RADFEL ROSS**
**Debtor's Signature**
**Date:  January  9, 2007**

/s/ MATTIE ROSS
_____
**MATTIE ROSS**
**Joint Debtor's Signature**
**Date:  January  9, 2007**

(Revised 4/19/04)

(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**District of Nevada** | **Voluntary Petition**<br>AMENDED |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ROSS, RADFEL** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**ROSS, MATTIE** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-9596** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-5701** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5540 LONGBOW DR**<br>**Las Vegas, NV 89142** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**5540 LONGBOW DR**<br>**Las Vegas, NV 89142** |
| County of Residence or of the<br>Principal Place of Business:    **Clark** | County of Residence or of the<br>Principal Place of Business:    **Clark** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which** |
|---|---|
| ■ Individual(s)          ☐ Railroad | **the Petition is Filed** (Check one box) |
| ☐ Corporation           ☐ Stockbroker | ■ Chapter 7      ☐ Chapter 11      ☐ Chapter 13 |
| ☐ Partnership           ☐ Commodity Broker | ☐ Chapter 9      ☐ Chapter 12 |
| ☐ Other_____  ☐ Clearing Bank | ☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business    ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under | certifying that the debtor is unable to pay fee except in installments. |
| 11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)                                                    THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

## Voluntary Petition - AMENDED
*(This page must be completed and filed in every case)*

| | |
|---|---|
| | **FORM B1**, Page 2 |
| | Name of Debtor(s): |
| | **ROSS, RADFEL** |
| | **ROSS, MATTIE** |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **LAS VEGAS NV** | Case Number: | Date Filed:<br>**9/04/02** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ RADFEL ROSS**
Signature of Debtor **RADFEL ROSS**

X  **/s/ MATTIE ROSS**
Signature of Joint Debtor **MATTIE ROSS**

Telephone Number (If not represented by attorney)

**January  9, 2007**
Date

**Signature of Attorney**

X  **/s/ Randolph H. Goldberg, Esq.**
Signature of Attorney for Debtor(s)
  **Randolph H. Goldberg, Esq. 5970**
Printed Name of Attorney for Debtor(s)
  **Law Office of Randolph H. Goldberg**
Firm Name
  **4000 S. Eastern Ste 200**
  **Las Vegas, NV 89119**
Address          **Email: randolphgoldberg@yahoo.com**
  **702-735-1500  Fax: 702-735-0505**
Telephone Number
  **January  9, 2007**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  **/s/ Randolph H. Goldberg, Esq.      January  9, 2007**
Signature of Attorney for Debtor(s)        Date
  **Randolph H. Goldberg, Esq. 5970**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR - AMENDED

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7:  Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.  Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.  Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.  Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.  After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, criminal debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11:  Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12:  Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| /s/ RADFEL ROSS | /s/ MATTIE ROSS | January  9, 2007 | 05-17523 |
|---|---|---|---|
| Debtor's Signature | Joint Debtor's Signature | Date | Case Number |

# United States Bankruptcy Court
## District of Nevada

In re    **RADFEL ROSS,**
         **MATTIE ROSS**

Debtors ,

Case No.    **05-17523**

Chapter        **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 225,000.00 | | |
| B - Personal Property | Yes | 3 | 7,760.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 117,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 87,609.88 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,600.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,566.00 |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 232,760.00 | | |
| Total Liabilities | | | | 204,609.88 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## District of Nevada

In re    **RADFEL ROSS,**
      **MATTIE ROSS**

                    Debtors

Case No.     **05-17523**

Chapter          **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,600.00 |
| Average Expenses (from Schedule J, Line 18) | 2,566.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 9,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 87,609.88 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 96,609.88 |

In re  **RADFEL ROSS,**                                              Case No. __**05-17523**_____
       **MATTIE ROSS**
                                                                ,
                              Debtors

# SCHEDULE A. REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **RESIDENCE**<br>**5540 LONGBOW DR**<br>**LAS VEGAS NV 89142** | | **C** | **225,000.00** | **103,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **225,000.00** | (Total of this page) |
| Total > | **225,000.00** | |

__**0**__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re  **RADFEL ROSS,**
      **MATTIE ROSS**

Case No.    **05-17523**

                                           ,
                                     Debtors

# SCHEDULE B. PERSONAL PROPERTY - AMENDED

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **HOUSEHOLD GOODS** | - | 1,800.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **CLOTHING** | - | 960.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                        Sub-Total >     **2,760.00**
                                        (Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **RADFEL ROSS,**
      **MATTIE ROSS**

Case No.     **05-17523**

                             Debtors

# SCHEDULE B. PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >       **0.00**
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **RADFEL ROSS,**                    Case No.    __05-17523__

           **MATTIE ROSS**

                                       Debtors

# SCHEDULE B. PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 TOYOTA CAMRY RESIDENCE** | C | 5,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **5,000.00** |
| (Total of this page) | |
| Total > | **7,760.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re   **RADFEL ROSS,**                                                                    Case No.    **05-17523**
     **MATTIE ROSS**

_____,
                             Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1):   Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **RESIDENCE** | **Nev. Rev. Stat. §§ 115.010,** | **122,000.00** | **225,000.00** |
| **5540 LONGBOW DR** | **21.090(1)(l)** | | |
| **LAS VEGAS NV 89142** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **HOUSEHOLD GOODS** | **NRS 21.090** | **1,800.00** | **1,800.00** |
| | | | |
| **Wearing Apparel** | | | |
| **CLOTHING** | **NRS 21.090** | **960.00** | **960.00** |

|  | Total: | **124,760.00** | **227,760.00** |
|---|---|---|---|

   **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

Form B6D
(12/03)

In re   **RADFEL ROSS,**
      **MATTIE ROSS**
_____,
Debtors

Case No.    **05-17523**_____

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **407233477**<br><br>**AMERICREDIT**<br>P.O.BOX 78143<br>Phoenix, AZ 85062-8143 | C | | 2000<br><br>**1996 TOYOTA CAMRY**<br>**RESIDENCE**<br><br>Value $     **5,000.00** | | | | 14,000.00 | 9,000.00 |
| Account No. **7591005002485**<br><br>**NATIONAL CITY MORTGAGE**<br>P.O. BOX 54828<br>Los Angeles, CA 90054 | C | | 2000<br><br>**RESIDENCE**<br>**5540 LONGBOW DR**<br>**LAS VEGAS NV 89142**<br><br>Value $   **225,000.00** | | | | 27,000.00 | 0.00 |
| Account No.<br><br>**WASHINGTON MUTUAL HOME LOANS**<br>PO BOX 60800<br>Los Angeles, CA 90060 | C | | 1990<br><br>**RESIDENCE**<br>**5540 LONGBOW DR**<br>**LAS VEGAS NV 89142**<br><br>Value $   **225,000.00** | | | | 76,000.00 | 0.00 |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

  **0**   continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 117,000.00 | |
| Total<br>(Report on Summary of Schedules) | 117,000.00 | |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6E
(04/05)

In re    **RADFEL ROSS,**                                          Case No.     **05-17523**
        **MATTIE ROSS**

                                        Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

             **0**      continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

Form B6F
(12/03)

In re  **RADFEL ROSS,**                                                    Case No.  __05-17523__
       **MATTIE ROSS**
                                                                                        ,
                                              Debtors

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **ROSS0001**<br><br>**ADVANCED PROSTHETICS & ORTHOTICS**<br>**2650 N. TENAYA WAY SUITE 210**<br>**Las Vegas, NV 89128** | C | | | | **2005**<br>**MEDICAL** | | | | 91.00 |
| Account No.<br><br>**ALLIED COLLECTIONS**<br>**3080 S DURANGO #208**<br>**Las Vegas, NV 89117** | C | | | | **2002**<br>**COLLECTION** | | | | 50.00 |
| Account No.<br><br>**ALLSTATE ADJUSTMENT BUREAU**<br>**1050 E. FLAMINGO RD. SUITE E-320**<br>**Las Vegas, NV 89119** | C | | | | **2002**<br>**COLLECTION** | | | | 52.00 |
| Account No. 438884194952<br><br>**CAPITAL ONE**<br>**P.O. BOX 60000**<br>**Seattle, WA 98190** | C | | | | **2002**<br>**CREDIT CARD** | | | | 407.00 |
| __12__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 600.00 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:31895-061130   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **RADFEL ROSS,**
       **MATTIE ROSS**

Case No. _____**05-17523**_____

_____,
                    Debtors

**AMENDED**
**SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **529107194268** <br><br> **CAPITAL ONE** <br> **P.O. BOX 60000** <br> **Seattle, WA 98190** | C | | **2002** <br> **CREDIT CARD** | | | | **528.00** |
| Account No. <br><br> **COLLECTION BUREAU CENTRAL** <br> **P.O. BOX 29299** <br> **Las Vegas, NV 89126** | C | | **2002** <br> **COLLECTION** | | | | **45.00** |
| Account No. <br><br> **CREDITORS FINANCIAL** <br> **P.O. BOX 440290** <br> **Aurora, CO 80041** | C | | **2002** <br> **COLLECTION** | | | | **89.00** |
| Account No. **7575000083550881300** <br><br> **DILLARDS** <br> **PO BOX 52005** <br> **Phoenix, AZ 85072** | C | | **2002** <br> **CREDIT CARD** | | | | **4,811.00** |
| Account No. **7092416** <br><br> **DIVERSIFIED ADJUSTMENT SERVICE, INC.** <br> **PO BOX 32145** <br> **Minneapolis, MN 55432** | C | | **2005** <br> **COLLECTION FOR SPRINT PCS** | | | | **589.32** |

Sheet no. __**1**___ of __**12**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,062.32**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **RADFEL ROSS,**
       **MATTIE ROSS**

Case No.     **05-17523**

Debtors

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**EMPLOYERS ASSOICIATION O SOUTHERN NEVADA 2303 E. SAHARA AVE. #101 Las Vegas, NV 89104** | C | | 2005<br>COLLECTION | | | | 7,000.00 |
| Account No. **5424-2202-2003-7338**<br><br>**FIRST NATIONAL BANK OF MARIN PO BOX 80015 Los Angeles, CA 90080** | C | | 2002<br>CREDIT CARD | | | | 705.00 |
| Account No. **5424-2202-2901-6002**<br><br>**FIRST NATIONAL BANK OF MARIN PO BOX 80015 Los Angeles, CA 90080** | C | | 2002<br>CREDIT CARD | | | | 913.00 |
| Account No. **003142001**<br><br>**GE CAPITAL P.O. BOX 310 Barrington, IL 60011** | C | | 1998<br>COLLECTION | | | | 1,650.00 |
| Account No. **001669001**<br><br>**HOUSEHOLD FINANACE CORPORATION P.O.BOX 4153-K Carol Stream, IL 60197-4153** | C | | 2002<br>COLLECTION | | | | 2,050.00 |

| | | |
|---|---|---|
| Sheet no. **2** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 12,318.00 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **RADFEL ROSS,**
          **MATTIE ROSS**

Case No. ____**05-17523**_____

_____,
                                    Debtors

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **8233565665**<br><br>**JC PENNEY**<br>**P.O. BOX 530945**<br>**Atlanta, GA 30353-0945** | C | | | | 2002<br>**CREDIT CARD** | | | | 1,258.00 |
| Account No. **6732061**<br><br>**JC PENNEY**<br>**P.O. BOX 530945**<br>**Atlanta, GA 30353-0945** | C | | | | 2002<br>**COLLECTION** | | | | 0.00 |
| Account No.<br><br>**KOSTER FINANCE, LLC**<br>**1800 E. SAHARA AVE. SUITE 101 & 102**<br>**Las Vegas, NV 89101** | C | | | | 2005<br>**PERSONAL LOAN** | | | | 500.00 |
| Account No. **55540300**<br><br>**KOSTERS FINANCE**<br>**4985 W TROPICANA SUITE102**<br>**Las Vegas, NV 89103** | C | | | | 2002<br>**PERSONAL LOAN** | | | | 320.00 |
| Account No. **0007753722**<br><br>**KROGER CHECK RECOVERY CENTER**<br>**PO BOX 30650**<br>**Salt Lake City, UT 84130** | C | | | | 2002<br>**COLLECTION** | | | | 138.00 |

Sheet no. __**3**___ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,216.00

Form B6F - Cont.
(12/03)

In re **RADFEL ROSS,**
       **MATTIE ROSS**

Case No. _____**05-17523**_____

Debtors

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **1506102735445702** | | | | **1998 CREDIT CARD** | | | | |
| **LANE BRYANT PO BOX 659728 San Antonio, TX 78265** | C | | | | | | | |
| | | | | | | | | **1,379.00** |
| Account No. **15060102664068459** | | | | **2002 CREDIT CARD** | | | | |
| **LERNERS NEW YORK P.O. BOX 659728 San Antonio, TX 78265** | C | | | | | | | |
| | | | | | | | | **1,369.00** |
| Account No. **558600117344** | | | | **2002 CREDIT CARD** | | | | |
| **LEVITZ P.O. BOX 105996 DEPT 98 Atlanta, GA 30353** | C | | | | | | | |
| | | | | | | | | **1,729.00** |
| Account No. **4852656624** | | | | **2002 CREDIT CARD** | | | | |
| **MACY'S PO BOX 8058 Mason, OH 45040** | C | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. **442391** | | | | **2002 COLLECTION** | | | | |
| **MERCURY FINANCE 1717 W NORTHERN AVE #111 Phoenix, AZ 85021** | C | | | | | | | |
| | | | | | | | | **20,755.00** |

Sheet no. __**4**___ of __**12**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,232.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re    **RADFEL ROSS,**                                    Case No. ____**05-17523**____
         **MATTIE ROSS**

                                              _____,
                                    Debtors
## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **67984863995**<br><br>**MERVYN'S**<br>**RETAILER NATIONAL BANK**<br>**P.O. BOX 50316**<br>**Minneapolis, MN 55459-0316** | C | | **2002**<br>**CREDIT CARD** | | | | **1,963.00** |
| Account No. **12614921**<br><br>**MORGAN JEWELERS**<br>**P.O. BOX 45820**<br>**Salt Lake City, UT 84145** | C | | **2002**<br>**CREDIT CARD** | | | | **1,593.00** |
| Account No. **291363695**<br><br>**NCO FINANCIAL SYSTEMS,INC.**<br>**P.O. BOX 15537**<br>**Wilmington, DE 19850** | C | | **2005**<br>**COLLECTION FOR SOUTH WEST-AMR** | | | | **50.00** |
| Account No. **55125570121**<br><br>**NEVADA FEDERAL CREDIT UNION**<br>**P.O.BOX 15400**<br>**Las Vegas, NV 89114-5400** | C | | **2002**<br>**PERSONAL LOAN** | | | | **908.00** |
| Account No. **55125570120**<br><br>**NEVADA FEDERAL CREDIT UNION**<br>**P.O.BOX 15400**<br>**Las Vegas, NV 89114-5400** | C | | **2002**<br>**PERSONAL LOAN** | | | | **83.00** |

Sheet no. __**5**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **4,597.00**

Form B6F - Cont.
(12/03)

In re   **RADFEL ROSS,**
      **MATTIE ROSS**

                                                     Debtors

Case No.   **05-17523**

**AMENDED**
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **1900225**<br><br>**PACIFIC ANESTHESIA CONSULTANTS**<br>**P.O. BOX 14907**<br>**Las Vegas, NV 89114-4907** | C | | | 2005<br>MEDICAL | | | | 5.00 |
| Account No. **1200947737**<br><br>**PROVIDIAN**<br>**P.O. BOX 9007**<br>**Pleasanton, CA 94566** | C | | | 2002<br>CREDIT CARD | | | | 3,895.00 |
| Account No. **1200810814**<br><br>**PROVIDIAN**<br>**P.O. BOX 9007**<br>**Pleasanton, CA 94566** | C | | | 2002<br>CREDIT CARD | | | | 5,526.00 |
| Account No. **INVOICE#A24755239**<br><br>**QUEST DIAGNOSTICS**<br>**P.O.BOX 79025**<br>**Phoenix, AZ 85062-9025** | C | | | 2005<br>MEDICAL | | | | 5.00 |
| Account No. **INVOICE#A25036756**<br><br>**QUEST DIAGNOSTICS**<br>**P.O.BOX 79025**<br>**Phoenix, AZ 85062-9025** | C | | | 2006<br>MEDICAL | | | | 5.00 |

Sheet no. __6__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,436.00

Form B6F - Cont.
(12/03)

In re   **RADFEL ROSS,**
        **MATTIE ROSS**

Case No. ____**05-17523**_____

Debtors ,

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **INVOICE#A24386371** <br><br> **QUEST DIAGNOSTICS** <br>**P.O.BOX 79025** <br>**Phoenix, AZ 85062-9025** | C | | 2005 <br>MEDICAL | | | | 5.00 |
| Account No. **INVOICE#A24562575** <br><br> **QUEST DIAGNOSTICS** <br>**P.O.BOX 79025** <br>**Phoenix, AZ 85062-9025** | C | | 2005 <br>MEDICAL | | | | 5.00 |
| Account No. **RS2 612362979** <br><br> **RADIOLOGY SPECIALISTS** <br>**P.O. BOX 50709** <br>**Henderson, NV 89016-0709** | C | | 2005 <br>MEDICAL | | | | 189.00 |
| Account No. **CASE#06C-020971** <br><br> **SEAN P. HILLIN ESQ** <br>**1800 E. SAHARA AVE STE.102** <br>**Las Vegas, NV 89104** | C | | 2005 <br>LAWSUIT | | | | 500.00 |
| Account No. **5018997** <br><br> **SEARS** <br>**PAYMENT CENTER** <br>**86 ANNEX** <br>**Atlanta, GA 30386** | C | | 1999 <br>CREDIT CARD | | | | 1,685.00 |

Sheet no. __**7**___ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 2,384.00 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **RADFEL ROSS,**
      **MATTIE ROSS**
                                          ,
                                    Debtors

Case No.    **05-17523**

# AMENDED
# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1900225** <br><br> **SOUHWEST MEDICAL RADIOLOGY** <br> **P.O. BOX 18402** <br> **Las Vegas, NV 89114-8402** | C | | 2005 <br> MEDICAL | | | | 5.00 |
| Account No. **1900226** <br><br> **SOUTHWEST MEDICAL ASSOCIATES** <br> **P.O. BOX 18402** <br> **Las Vegas, NV 89114-8402** | C | | 2005 <br> MEDICAL | | | | 5.00 |
| Account No. **62753** <br><br> **SOUTHWEST MEDICAL ASSOCIATES** <br> **PO BOX 18402** <br> **Las Vegas, NV 89114-8402** | C | | 2005 <br> MEDICAL | | | | 115.00 |
| Account No. <br><br> **SOUTHWEST MEDICAL ASSOCIATES** <br> **PO BOX 18402** <br> **Las Vegas, NV 89114-8402** | C | | 2005 <br> MEDICAL | | | | 100.00 |
| Account No. **139843** <br><br> **SOUTHWEST MEDICAL ASSOCIATES** <br> **P.O. BOX 18402** <br> **Las Vegas, NV 89114-8402** | C | | 2005 <br> MEDICAL | | | | 40.00 |

Sheet no. __**8**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

265.00

Form B6F - Cont.
(12/03)

In re  **RADFEL ROSS,**
　　　 **MATTIE ROSS**

Case No. ___**05-17523**___

Debtors

# AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 0574288674-2 <br><br> **SPRINT** <br> **P.O. BOX 79357** <br> **Descanso, CA 91916** | C | | **2003** <br> **COLLECTION** | | | | 268.85 |
| Account No. 4233318 <br><br> **SUMMERLIN HOSPITAL MED CTR LLC** <br> **P.O.BOX 31001-0827** <br> **Pasadena, CA 91110** | C | | **2005** <br> **MEDICAL** | | | | 50.00 |
| Account No. 4233318 <br><br> **SUMMERLIN HOSPITAL MEDICAL CTR LLC** <br> **P.O.BOX 31001-0827** <br> **Pasadena, CA 91110** | C | | **2005** <br> **MEDICAL** | | | | 50.00 |
| Account No. 2404 <br><br> **SUN LOAN** <br> **1008 E. CHARLESTON** <br> **Las Vegas, NV 89104** | C | | **2002** <br> **PERSONAL LOAN** | | | | 794.00 |
| Account No. 40182 <br><br> **SUN LOAN** <br> **1008 E. CHARLESTON** <br> **Las Vegas, NV 89104** | C | | **2002** <br> **PERSONAL LOAN** | | | | 290.00 |

Sheet no. __**9**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,452.85

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re  **RADFEL ROSS,**
　　　**MATTIE ROSS**

Case No. _____**05-17523**_____

_____,
Debtors

## AMENDED
## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **612362979** **SUNRISE HOSPITAL** **01541** **P.O.BOX 31172** **Tampa, FL 33631** | C | | | 2005 MEDICAL | | | | 100.00 |
| Account No. **ROSS,RADFEL EALEY/MAIN** **SUNRISE TRAUMA SERVICES** **P.O. BOX 404229** **Atlanta, GA 30384** | C | | | 2005 MEDICAL | | | | 286.95 |
| Account No. **ROSS,RADFEL EALEY/ MAIN** **SUNRISE TRAUMA SERVICES** **P.O. BOX 404229** **Atlanta, GA 30384** | C | | | 2005 MEDICAL | | | | 402.54 |
| Account No. **SWANSON LAW FIRM, L.L.C** **6787 W. TROPICANA SUITE 241** **Las Vegas, NV 89103** | C | | | 2005 COLLECTION | | | | 7,000.00 |
| Account No. **923834396090** **TARGET NATIONAL BANK** **P.O.BOX 59231** **Minneapolis, MN 55459-0231** | C | | | 1997 CREDIT CARD | | | | 707.00 |

Sheet no. __**10**__ of __**12**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,496.49

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re  **RADFEL ROSS,**                                           Case No. ___**05-17523**___
       **MATTIE ROSS**

                                    Debtors
                              **AMENDED**
**SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
                            (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **48351** <br><br> **THC OF NEVADA, LAS VEGAS** <br> **5321 S CAMERON** <br> **Las Vegas, NV 89118** | C | | **2005** <br> **MEDICAL** | | | | **15.00** |
| Account No. **502232** <br><br> **THE MCGRAW HILL COMPANY** <br> **P.O.BOX 894190** <br> **Los Angeles, CA 90189** | C | | **2005** <br> **COLLECTION** | | | | **487.22** |
| Account No. **4000011903798001** <br><br> **TRIAD FINANCIAL** <br> **7711 CENTER AVE STE 250** <br> **Huntington Beach, CA 92647** | C | | **2002** <br> **REPO** | | | | **13,000.00** |
| Account No. <br><br> **UMC** <br> **PO BOX 98563** <br> **Las Vegas, NV 89193** | C | | **2003** <br> **COLLECTION** | | | | **800.00** |
| Account No. <br><br> **VEGAS VALLEY COLLECTION** <br> **5321 S. CAMERON STREET** <br> **Las Vegas, NV 89118** | C | | **2005** <br> **COLLECTION FOR THC OF NEVADA, LAS VEGAS** | | | | **15.00** |

Sheet no. __**11**__ of __**12**__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)         **14,317.22**

Form B6F - Cont.
(12/03)

In re  **RADFEL ROSS,**
**MATTIE ROSS**

Case No.  **05-17523**

_____,
Debtors

**AMENDED**
**SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **004627001** | | | | **1995 COLLECTION** | | | | |
| **YOUR CREDIT 1000 N. NELLIS BLVD STE 5 Las Vegas, NV 89110** | C | | | | | | | 233.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **12** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 233.00 |
| | Total (Report on Summary of Schedules) | 87,609.88 |

In re   **RADFEL ROSS,**           Case No.      **05-17523**
        **MATTIE ROSS**

_____,
                                    Debtors

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

____**0**____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **RADFEL ROSS,**                                          Case No.    **05-17523**
        **MATTIE ROSS**
_____,
                          Debtors

## SCHEDULE H. CODEBTORS - AMENDED

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

 

   **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

Form B6I
(12/03)

In re **RADFEL ROSS**
**MATTIE ROSS**                                         Case No. **05-17523**

                                    Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**Son**<br>**Daughter** | AGE<br>**13**<br>**18** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **TRANSPORTER** | **DRIVER'S EDUCATION** |
| Name of Employer | **CLARK COUNTY** | **SELF EMPLOYED** |
| How long employed | **3 YEARS** | **2 YEARS** |
| Address of Employer | **LAS VEGAS, NV** | **LAS VEGAS, NV** |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **1,996.00** | $ **0.00** |
| Estimated monthly overtime | $ **0.00** | $ **0.00** |
| SUBTOTAL | $ **1,996.00** | $ **0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **396.00** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify) | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **396.00** | $ **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **1,600.00** | $ **0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **1,000.00** |
| Income from real property | $ **0.00** | $ **0.00** |
| Interest and dividends | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| Pension or retirement income | $ **0.00** | $ **0.00** |
| Other monthly income (Specify) | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **1,600.00** | $ **1,000.00** |

TOTAL COMBINED MONTHLY INCOME        $ **2,600.00**        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re  **RADFEL ROSS**
       **MATTIE ROSS**                                                    Case No.  **05-17523**

                                 Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 873.00 |
| Are real estate taxes included? | Yes __X__  No ___ | | |
| Is property insurance included? | Yes __X__  No ___ | | |
| Utilities:  Electricity and heating fuel | | $ | 80.00 |
| Water and sewer | | $ | 21.00 |
| Telephone | | $ | 28.00 |
| Other  **CABLE** | | $ | 42.00 |
| Home maintenance (repairs and upkeep) | | $ | 0.00 |
| Food | | $ | 550.00 |
| Clothing | | $ | 50.00 |
| Laundry and dry cleaning | | $ | 22.00 |
| Medical and dental expenses | | $ | 60.00 |
| Transportation (not including car payments) | | $ | 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| Charitable contributions | | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
| Homeowner's or renter's | | $ | 0.00 |
| Life | | $ | 0.00 |
| Health | | $ | 0.00 |
| Auto | | $ | 105.00 |
| Other | | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | |
| Auto | | $ | 0.00 |
| Other  **CELL PHONE** | | $ | 35.00 |
| Other  **2ND MORTGAGE** | | $ | 550.00 |
| Other | | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| Other | | $ | 0.00 |
| Other | | $ | 0.00 |

| | | |
|---|---|---:|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 2,566.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.  Total projected monthly income | $ | N/A |
| B.  Total projected monthly expenses | $ | N/A |
| C.  Excess income (A minus B) | $ | N/A |
| D.  Total amount to be paid into plan each _____ | $ | N/A |
|                                          (interval) | | |

# United States Bankruptcy Court
## District of Nevada

In re    **RADFEL ROSS**
　　　　**MATTIE ROSS**
_____    Case No.    **05-17523**
　　　　　　　　　　　　　Debtor(s)    Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

　　　　I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**25**__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **January  9, 2007**　　　　　　　　Signature    **/s/ RADFEL ROSS**
　　　　　　　　　　　　　　　　　　　　　　　　　**RADFEL ROSS**
　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

Date    **January  9, 2007**　　　　　　　　Signature    **/s/ MATTIE ROSS**
　　　　　　　　　　　　　　　　　　　　　　　　　**MATTIE ROSS**
　　　　　　　　　　　　　　　　　　　　　　　　　Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
### District of Nevada

In re  **RADFEL ROSS**
**MATTIE ROSS**
_____    Case No.  **05-17523**
Debtor(s)    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

_DEFINITIONS_

     _"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

     _"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$23,952.00** | **MR EMPLOYMENT YTD** |
| **$35,952.00** | **JOINT EMPLOYMENT 2005** |
| **$28,224.00** | **JOINT EMPLOYMENT 2004** |
| **$12,000.00** | **MRS EMPLOYMENT YTD** |

**2. Income other than from employment or operation of business**

None
■

     State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                     SOURCE

2

### 3. Payments to creditors

None ☐   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **WASHINGTON MUTUAL HOME LOANS** PO BOX 60800 Los Angeles, CA 90060 | **12/06 11/06 10/06** | **$2,619.00** | **$76,000.00** |
| **NATIONAL CITY MORTGAGE** P.O. BOX 54828 Los Angeles, CA 90054 | **12/06, 11/06, 10/06** | **$1,650.00** | **$27,000.00** |

None ■   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ■   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

3

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **RANDOLPH H. GOLDBERG ESQ. 4000 S EASTERN AVE #200 Las Vegas, NV 89119** | **7/05** | **$400.00 - CHAPTER 13 RETAINER** |
| **Law Office of Randolph H. Goldberg 4000 S. Eastern Ste 200 Las Vegas, NV 89119** | **2/06, 1/06, 12/05** | **$1002.11- TOTAL PAYMENT RECEIVED FROM CHAPTER 13 TRUSTEE** |
| **Law Office of Randolph H. Goldberg 4000 S. Eastern Ste 200 Las Vegas, NV 89119** | **8/06** | **$880.00- PAYMENT AMOUNT FOR CHAPTER 7** |

### 10. Other transfers

None
■
List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

4

### 11.  Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.  Prior address of debtor

None ■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16.  Spouses and Former Spouses

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

6

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                        DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                              DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                             DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY            INVENTORY SUPERVISOR            (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                         RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                             NATURE AND PERCENTAGE
NAME AND ADDRESS              TITLE                           OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                        DATE OF WITHDRAWAL

7

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                          DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                             DATE AND PURPOSE                AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                    OF WITHDRAWAL                   OR DESCRIPTION AND
                                                                         VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER

### 25. Pension Funds.

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER


## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  **January  9, 2007**                    Signature  **/s/ RADFEL ROSS**
                                                         **RADFEL ROSS**
                                                         Debtor


Date  **January  9, 2007**                    Signature  **/s/ MATTIE ROSS**
                                                         **MATTIE ROSS**
                                                         Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## District of Nevada

In re **RADFEL ROSS**  
     **MATTIE ROSS**

Case No. **05-17523**  
Chapter **7**

Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - AMENDED

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

**Description of Property**  
-NONE-

**Creditor's name**

*b. Property to Be Retained*       *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | **1996 TOYOTA CAMRY RESIDENCE** | **AMERICREDIT** | | | X |
| 2. | **RESIDENCE 5540 LONGBOW DR LAS VEGAS NV 89142** | **NATIONAL CITY MORTGAGE** | | | X |
| 3. | **RESIDENCE 5540 LONGBOW DR LAS VEGAS NV 89142** | **WASHINGTON MUTUAL HOME LOANS** | | | X |

Date **January 9, 2007**

Signature **/s/ RADFEL ROSS**  
     **RADFEL ROSS**  
     Debtor

Date **January 9, 2007**

Signature **/s/ MATTIE ROSS**  
     **MATTIE ROSS**  
     Joint Debtor

# United States Bankruptcy Court
## District of Nevada

In re   **RADFEL ROSS**
   **MATTIE ROSS**

Case No.  **05-17523**

Debtor(s)     Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 880.00 |
| Prior to the filing of this statement I have received | $ | 880.00 |
| Balance Due | $ | 0.00 |

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    □ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    □ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **January  9, 2007**

    **/s/ Randolph H. Goldberg, Esq.**
    **Randolph H. Goldberg, Esq. 5970**
    **Law Office of Randolph H. Goldberg**
    **4000 S. Eastern Ste 200**
    **Las Vegas, NV 89119**
    **702-735-1500  Fax: 702-735-0505**
    **randolphgoldberg@yahoo.com**

# United States Bankruptcy Court
## District of Nevada

In re  **RADFEL ROSS**
**MATTIE ROSS**

Case No.  **05-17523**

Debtor(s)

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **January  9, 2007**

**/s/ RADFEL ROSS**
**RADFEL ROSS**
Signature of Debtor

Date:  **January  9, 2007**

**/s/ MATTIE ROSS**
**MATTIE ROSS**
Signature of Debtor

RADFEL ROSS
MATTIE ROSS
5540 LONGBOW DR
Las Vegas, NV 89142

Randolph H. Goldberg, Esq.
Law Office of Randolph H. Goldberg
4000 S. Eastern Ste 200
Las Vegas, NV 89119

ADVANCED PROSTHETICS & ORTHOTICS
Acct No ROSS0001
2650 N. TENAYA WAY SUITE 210
Las Vegas, NV 89128

ALEGRA CREDIT CO
P.O. BOX 1838
Pittsburgh, PA 15230

ALLIED COLLECTIONS
3080 S DURANGO #208
Las Vegas, NV 89117

ALLSTATE ADJUSTMENT BUREAU
1050 E. FLAMINGO RD. SUITE E-320
Las Vegas, NV 89119

AMERICREDIT
Acct No 407233477
P.O.BOX 78143
Phoenix, AZ 85062-8143

CAPITAL ONE
Acct No 438884194952
P.O. BOX 60000
Seattle, WA 98190

CAPITAL ONE
Acct No 529107194268
P.O. BOX 60000
Seattle, WA 98190

COLLECTION BUREAU CENTRAL
P.O. BOX 29299
Las Vegas, NV 89126

CREDITORS FINANCIAL
P.O. BOX 440290
Aurora, CO 80041

DILLARDS
Acct No 7575000083550881300
PO BOX 52005
Phoenix, AZ 85072

DIVERSIFIED ADJUSTMENT SERVICE, INC.
Acct No 7092416
PO BOX 32145
Minneapolis, MN 55432

EMPLOYERS ASSOICIATION O SOUTHERN NEVADA
2303 E. SAHARA AVE. #101
Las Vegas, NV 89104

FIRST NATIONAL BANK OF MARIN
Acct No 5424-2202-2003-7338
PO BOX 80015
Los Angeles, CA 90080

FIRST NATIONAL BANK OF MARIN
Acct No 5424-2202-2901-6002
PO BOX 80015
Los Angeles, CA 90080

GE CAPITAL
Acct No 003142001
P.O. BOX 310
Barrington, IL 60011

HOUSEHOLD FINANACE CORPORATION
Acct No 001669001
P.O.BOX 4153-K
Carol Stream, IL 60197-4153

INTERNAL REVENUE SERVICE
STOP 5028
110 CITY PARKWAY
Las Vegas, NV 89106

JC PENNEY
Acct No 8233565665
P.O. BOX 530945
Atlanta, GA 30353-0945

JC PENNEY
Acct No 6732061
P.O. BOX 530945
Atlanta, GA 30353-0945

KATHLEEN MCDONALD
302 E CARSON
STE 200
Las Vegas, NV 89101

KOSTER FINANCE, LLC
1800 E. SAHARA AVE. SUITE 101 & 102
Las Vegas, NV 89101

KOSTERS FINANCE
Acct No 55540300
4985 W TROPICANA SUITE102
Las Vegas, NV 89103

KROGER CHECK RECOVERY CENTER
Acct No 0007753722
PO BOX 30650
Salt Lake City, UT 84130

LANE BRYANT
Acct No 1506102735445702
PO BOX 659728
San Antonio, TX 78265

LERNERS NEW YORK
Acct No 15060102664068459
P.O. BOX 659728
San Antonio, TX 78265

LEVITZ
Acct No 558600117344
P.O. BOX 105996 DEPT 98
Atlanta, GA 30353

MACY'S
Acct No 4852656624
PO BOX 8058
Mason, OH 45040

MERCURY FINANCE
Acct No 442391
1717 W NORTHERN AVE #111
Phoenix, AZ 85021

MERVYN'S
Acct No 67984863995
RETAILER NATIONAL BANK
P.O. BOX 50316
Minneapolis, MN 55459-0316

MORGAN JEWELERS
Acct No 12614921
P.O. BOX 45820
Salt Lake City, UT 84145

NATIONAL CITY MORTGAGE
Acct No 7591005002485
P.O. BOX 54828
Los Angeles, CA 90054

NCO FINANCIAL SYSTEMS,INC.
Acct No 291363695
P.O. BOX 15537
Wilmington, DE 19850

```
NEVADA FEDERAL CREDIT UNION
Acct No 55125570121
P.O.BOX 15400
Las Vegas, NV 89114-5400

NEVADA FEDERAL CREDIT UNION
Acct No 55125570120
P.O.BOX 15400
Las Vegas, NV 89114-5400

OFFICE OF THE UNITED STATES TRUSTEE
600 LAS VEGAS BLVD SO. #435
Las Vegas, NV 89101

PACIFIC ANESTHESIA CONSULTANTS
Acct No 1900225
P.O. BOX 14907
Las Vegas, NV 89114-4907

PROVIDIAN
Acct No 1200947737
P.O. BOX 9007
Pleasanton, CA 94566

PROVIDIAN
Acct No 1200810814
P.O. BOX 9007
Pleasanton, CA 94566

QUEST DIAGNOSTICS
Acct No INVOICE#A24755239
P.O.BOX 79025
Phoenix, AZ 85062-9025

QUEST DIAGNOSTICS
Acct No INVOICE#A25036756
P.O.BOX 79025
Phoenix, AZ 85062-9025

QUEST DIAGNOSTICS
Acct No INVOICE#A24386371
P.O.BOX 79025
Phoenix, AZ 85062-9025

QUEST DIAGNOSTICS
Acct No INVOICE#A24562575
P.O.BOX 79025
Phoenix, AZ 85062-9025

RADIOLOGY SPECIALISTS
Acct No RS2 612362979
P.O. BOX 50709
Henderson, NV 89016-0709
```

SEAN P. HILLIN ESQ
Acct No CASE#06C-020971
1800 E. SAHARA AVE STE.102
Las Vegas, NV 89104

SEARS
Acct No 5018997
PAYMENT CENTER
86 ANNEX
Atlanta, GA 30386

SOUHWEST MEDICAL RADIOLOGY
Acct No 1900225
P.O. BOX 18402
Las Vegas, NV 89114-8402

SOUTHWEST MEDICAL ASSOCIATES
Acct No 1900226
P.O. BOX 18402
Las Vegas, NV 89114-8402

SOUTHWEST MEDICAL ASSOCIATES
Acct No 62753
PO BOX 18402
Las Vegas, NV 89114-8402

SOUTHWEST MEDICAL ASSOCIATES
PO BOX 18402
Las Vegas, NV 89114-8402

SOUTHWEST MEDICAL ASSOCIATES
Acct No 139843
P.O. BOX 18402
Las Vegas, NV 89114-8402

SPRINT
Acct No 0574288674-2
P.O. BOX 79357
Descanso, CA 91916

STATE OF NV DEPT OF MOTOR VEHICLE &
PUBLIC SAFTEY, REG. DIVISION
555 WRIGHT WAY
Carson City, NV 89711

SUMMERLIN HOSPITAL MED CTR LLC
Acct No 4233318
P.O.BOX 31001-0827
Pasadena, CA 91110

SUMMERLIN HOSPITAL MEDICAL CTR LLC
Acct No 4233318
P.O.BOX 31001-0827
Pasadena, CA 91110

SUN LOAN
Acct No 2404
1008 E. CHARLESTON
Las Vegas, NV 89104

SUN LOAN
Acct No 40182
1008 E. CHARLESTON
Las Vegas, NV 89104

SUNRISE HOSPITAL
Acct No 612362979
01541
P.O.BOX 31172
Tampa, FL 33631

SUNRISE TRAUMA SERVICES
Acct No ROSS,RADFEL EALEY/MAIN
P.O. BOX 404229
Atlanta, GA 30384

SUNRISE TRAUMA SERVICES
Acct No ROSS,RADFEL EALEY/ MAIN
P.O. BOX 404229
Atlanta, GA 30384

SWANSON LAW FIRM, L.L.C
6787 W. TROPICANA SUITE 241
Las Vegas, NV 89103

TARGET NATIONAL BANK
Acct No 923834396090
P.O.BOX 59231
Minneapolis, MN 55459-0231

THC OF NEVADA, LAS VEGAS
Acct No 48351
5321 S CAMERON
Las Vegas, NV 89118

THE MCGRAW HILL COMPANY
Acct No 502232
P.O.BOX 894190
Los Angeles, CA 90189

TRIAD FINANCIAL
Acct No 4000011903798001
7711 CENTER AVE STE 250
Huntington Beach, CA 92647

UMC
PO BOX 98563
Las Vegas, NV 89193

VEGAS VALLEY COLLECTION
5321 S. CAMERON STREET
Las Vegas, NV 89118

WASHINGTON MUTUAL HOME LOANS
PO BOX 60800
Los Angeles, CA 90060

YOUR CREDIT
Acct No 004627001
1000 N. NELLIS BLVD STE 5
Las Vegas, NV 89110

Form B 21 Official Form 21
(12/03)

**FORM 21. STATEMENT OF SOCIAL SECURITY NUMBER - AMENDED**

# United States Bankruptcy Court
## District of Nevada

In re   **RADFEL ROSS**
        **MATTIE ROSS**

                                    Debtor

Case No.  **05-17523**

Address  **5540 LONGBOW DR**
         **Las Vegas, NV 89142**

Chapter  **7**

Employer's Tax Identification (EIN) No(s). [if any]:
Last four digits of Social Security No(s).:  **xxx-xx-9596 &  xxx-xx-5701**

### STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (enter Last, First, Middle): **ROSS,  RADFEL**
*(Check the appropriate box and, if applicable, provide the required information.)*

        / **X** /Debtor has a Social Security Number and it is: **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**
               *(If more than one, state all.)*

        / /Debtor does not have a Social Security Number.

2. Name of Joint Debtor (enter Last, First, Middle): **ROSS,  MATTIE**
*(Check the appropriate box and, if applicable, provide the required information.)*

        / **X** /Joint Debtor has a Social Security Number and it is: **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**
               *(If more than one, state all.)*

        / /Joint Debtor does not have a Social Security Number.

I declare under penalty of perjury that the foregoing is true and correct.

      X  **/s/ RADFEL ROSS**        **January  9, 2007**
          **RADFEL ROSS**            Date
          Signature of Debtor

      X  **/s/ MATTIE ROSS**        **January  9, 2007**
          **MATTIE ROSS**            Date
          Signature of Joint Debtor

*Joint debtors must provide information for both spouses.*
*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both.  18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

Name, Address, Telephone No. & I.D. No.
**Randolph H. Goldberg, Esq. 5970**
**4000 S. Eastern Ste 200**
**Las Vegas, NV 89119**
**702-735-1500**
**5970**

## UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re
**RADFEL ROSS**
**MATTIE ROSS**

BANKRUPTCY NO. **05-17523**
CHAPTER NO. **7**

Debtor(s)

AMENDED
DECLARATION RE: ELECTRONIC FILING OF PETITION
SCHEDULES, STATEMENTS AND PLAN (if applicable)

### PART I - DECLARATION OF PETITIONER

I [We]   **RADFEL ROSS**   and   **MATTIE ROSS**   , the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct.  I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court.  I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed.  I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

■        If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13.  I request relief in accordance with the chapter specified in this petition.

☐        [If petitioner is a corporation or partnership]  I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.  The debtor requests relief in accordance with the chapter specified in this petition.

Dated:   **January  9, 2007**

Signed:   **/s/ RADFEL ROSS**                                      **/s/ MATTIE ROSS**
                   **RADFEL ROSS**                                              **MATTIE ROSS**
                        (Applicant)                                                    (Joint Applicant)

### PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated:   **January  9, 2007**

Signed:   **/s/ Randolph H. Goldberg, Esq.**
                   **Randolph H. Goldberg, Esq. 5970**
                    Attorney for Debtor(s)